Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16082−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robyn L. Burroughs
    aka Robyn Zucal, aka Robyn Flipping
    6551 Harding Highway
    Mays Landing, NJ 08330

Social Security No.:
    xxx−xx−4065

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 21, 2021.

Dated: October 21, 2021
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 21-16082-JNP

Robyn L. Burroughs                                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                User: admin                                       Page 1 of 3

Date Rcvd: Oct 21, 2021                     Form ID: plncf13                             Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robyn L. Burroughs, 6551 Harding Highway, Mays Landing, NJ 08330-1000 |
| 519299064 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519273233 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519273234 | + | Anytime Fitness, PO Box 6800, North Little Rock, AR 72124-6800 |
| 519273236 | + | Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519273237 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519323074 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519273239 | | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 519273242 | + | Credit Control LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 519273243 | + | Credit control, LLC, PO Box 188, Hazelwood, MO 63042-0188 |
| 519273246 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519288284 | + | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519273247 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 519273249 | + | Linebarger Goggan Blair & Sampson Llp, PO Box 708906, San Antonio, TX 78270-8906 |
| 519273251 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519273254 | ++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562 address filed with court:, NJ E-Pass, PO BOX 4971, Trenton, NJ 08650 |
| 519273252 | + | Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519273256 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519273257 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519273259 | + | Stuart W. Honick Dpm Pt LLC, 392 N White Horse Pike #2, Hammonton, NJ 08037-2054 |
| 519273262 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519273263 | + | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519318051 | | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519273265 | + | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 519273266 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519273235 | + | Email/Text: legal@arsnational.com | Oct 21 2021 20:21:00 | ARS National Services, PO Box 469100, Escondido, CA 92046-9100 |
| 519279653 | + | Email/Text: documentfiling@lciinc.com | Oct 21 2021 20:21:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519273238 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 21 2021 20:30:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-16082-JNP    Doc 19    Filed 10/23/21    Entered 10/24/21 00:13:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 519273240 | | Email/Text: documentfiling@lciinc.com | Oct 21 2021 20:21:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519273241 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 21 2021 20:21:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519273244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2021 20:30:12 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519287793 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2021 20:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519279567 | | Email/Text: mrdiscen@discover.com | Oct 21 2021 20:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519273245 | + | Email/Text: mrdiscen@discover.com | Oct 21 2021 20:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519302523 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2021 20:21:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519273248 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2021 20:21:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519280389 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2021 20:30:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519281620 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2021 20:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519273250 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2021 20:21:00 | Midland Credit Managment, PO Box 301030, Los Angeles, CA 90030-1030 |
| 519273254 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 21 2021 20:21:00 | NJ E-Pass, PO BOX 4971, Trenton, NJ 08650 |
| 519273253 | + | Email/PDF: pa_dc_claims@navient.com | Oct 21 2021 20:30:06 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519278978 | | Email/PDF: pa_dc_claims@navient.com | Oct 21 2021 20:30:11 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519311946 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2021 20:30:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519273255 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2021 20:30:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519312338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2021 20:30:06 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519312341 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2021 20:30:16 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519273256 | | Email/Text: signed.order@pfwattorneys.com | Oct 21 2021 20:21:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519273258 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 21 2021 20:21:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 519273260 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:06 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 519275903 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519273261 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519273267 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 21 2021 20:30:05 | US Department of Housing & Urban Dev., 451 7th Street S.W., Washington, DC 20410-0002 |

| | | | |
|---|---|---|---|
| 519273264 | + Email/Text: atemple@uhm.com | Oct 21 2021 20:21:00 | Union Home Mortgage Co, 8241 Dow Circle West, Strongsville, OH 44136-1761 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Union Home Mortgage Corp. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Robyn L. Burroughs jjresq@comcast.net  jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4