UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Union Home Mortgage Corp.

In Re:

Robyn L. Burroughs,

Debtor.

Case No.:     21-16082-JNP

Chapter:     13

Hearing Date:     1/25/2022

Judge:     Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 6551 Harding Highway (Docket # 22)

_____

Date: 1/21/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*