Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-16082 (JNP)

Robyn L. Burroughs  
6551 Harding Highway  
Mays Landing, NJ  08330

Monthly Payment: $329.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $314.00 | 02/07/2022 | $329.00 | 03/03/2022 | $329.00 | 03/31/2022 | $329.00 |
| 05/02/2022 | $329.00 | 06/01/2022 | $329.00 | 07/01/2022 | $329.00 | 08/01/2022 | $329.00 |
| 08/31/2022 | $329.00 | 10/03/2022 | $329.00 | 10/31/2022 | $329.00 | 12/02/2022 | $329.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBYN L. BURROUGHS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,266.00 | $3,266.00 | $0.00 | $1,033.25 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | ARS NATIONAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $2,502.96 | $15.24 | $2,487.72 | $0.00 |
| 3 | ANYTIME FITNESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTICARE PHYSICIAN GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,910.86 | $35.96 | $5,874.90 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $11,140.35 | $67.78 | $11,072.57 | $0.00 |
| 7 | CITIBANK NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COMCAST | 33 | $303.97 | $1.85 | $302.12 | $0.00 |
| 9 | COMENITY CAPITAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CREDIT CONTROL LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT CONTROL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORES NATIONAL BANK | 33 | $11,200.07 | $68.15 | $11,131.92 | $0.00 |
| 13 | DISCOVER BANK | 33 | $10,485.56 | $63.79 | $10,421.77 | $0.00 |
| 14 | FIFTH THIRD BANK | 33 | $16,908.47 | $102.88 | $16,805.59 | $0.00 |
| 15 | FIRST CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | KOHL'S | 33 | $2,005.42 | $12.20 | $1,993.22 | $0.00 |
| 17 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MRS ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MIDLAND FUNDING, LLC | 33 | $1,263.37 | $7.69 | $1,255.68 | $0.00 |
| 20 | NJ E-PASS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NATIONWIDE CREDIT, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | NAVIENT SOLUTIONS, LLC | 33 | $17,554.46 | $106.80 | $17,447.66 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,988.48 | $24.27 | $3,964.21 | $0.00 |
| 24 | PRESSLER, FELT & WARSHAW LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | RUBIN & ROTHMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | STUART W. HONICK DPM PT LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,996.98 | $42.57 | $6,954.41 | $0.00 |
| 30 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $568.90 | $3.46 | $565.44 | $0.00 |
| 32 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | US ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | US ATTORNEY'S OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $172.59 | $172.59 | $0.00 | $0.00 |
| 37 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $14,272.50 | $86.85 | $14,185.65 | $0.00 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,604.07 | $21.93 | $3,582.14 | $0.00 |
| 41 | LVNV FUNDING, LLC | 33 | $126.58 | $0.77 | $125.81 | $0.00 |
| 42 | CENLAR, FSB | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2021 | 2.00 | $0.00 |
| 10/01/2021 | Paid to Date | $750.00 |
| 11/01/2021 | 3.00 | $314.00 |
| 02/01/2022 | 30.00 | $329.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,933.00 |
| Total paid to creditors this period: | $1,033.25 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | ($192.00) |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**