**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 21-16082-JNP |
|---|---|
| ROBYN L. BURROUGHS | Chapter 13 |
| Debtor(s) | |

**FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**
**AND NOTICE OF OBJECTION PERIOD**

Isabel C. Balboa, former Chapter 13 Trustee for the period from the petition date through September 30, 2023, and Andrew B. Finberg, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,464.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,464.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,666.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $748.41 |
| Other | $538.00 |
| Secured Creditors | $172.59 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $3,338.99 |
| **Total Disbursements & Expense of Administration:** | **$8,463.99** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$0.01** |

Dated: 10/25/2023

/s/ Isabel C. Balboa
Chapter 13 Former Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

/s/ Andrew B. Finberg
Chapter 13 Successor Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977