**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robyn L. Burroughs<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4065<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–16082–JNP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Robyn L. Burroughs
  aka Robyn Zucal, aka Robyn Flipping

8/21/24                                        **By the court:** Jerrold N. Poslusny Jr.
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-16082-JNP
Robyn L. Burroughs  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Aug 21, 2024     Form ID: 3180W     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robyn L. Burroughs, 6551 Harding Highway, Mays Landing, NJ 08330-1000 |
| 519273234 | + | Anytime Fitness, PO Box 6800, North Little Rock, AR 72124-6800 |
| 519273236 | + | Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519273239 | | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 519273249 | + | Linebarger Goggan Blair & Sampson Llp, PO Box 708906, San Antonio, TX 78270-8906 |
| 519273266 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519273235 | + | Email/Text: legal@arsnational.com | Aug 21 2024 20:42:00 | ARS National Services, PO Box 469100, Escondido, CA 92046-9100 |
| 519299064 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2024 20:44:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519668447 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 21 2024 20:42:00 | Amerihome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618, Amerihome Mortgage Company, LLC, C/O Cenlar FSB 08618-1430 |
| 519668446 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 21 2024 20:42:00 | Amerihome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519273233 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2024 20:43:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519273237 | + | EDI: TSYS2 | Aug 22 2024 00:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519323074 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 21 2024 20:42:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519279653 | + | EDI: COMCASTCBLCENT | Aug 22 2024 00:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519273242 | | Email/Text: correspondence@credit-control.com | Aug 21 2024 20:42:00 | Credit Control LLC, P.O. Box 31179, Tampa, FL 33631 |
| 519273243 | | Email/Text: correspondence@credit-control.com | Aug 21 2024 20:42:00 | Credit control, LLC, PO Box 188, Hazelwood, |

Case 21-16082-JNP    Doc 45    Filed 08/23/24    Entered 08/24/24 00:12:46    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | MO 63042 |
| 519273238 | + | EDI: CAPITALONE.COM | Aug 22 2024 00:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519273240 | | EDI: COMCASTCBLCENT | Aug 22 2024 00:37:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519273241 | | EDI: WFNNB.COM | Aug 22 2024 00:37:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519273244 | | EDI: CITICORP | Aug 22 2024 00:37:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519287793 | | EDI: Q3G.COM | Aug 22 2024 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519279567 | | EDI: DISCOVER | Aug 22 2024 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519273245 | + | EDI: DISCOVER | Aug 22 2024 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519273246 | | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 21 2024 20:42:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519288284 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 21 2024 20:41:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519273247 | ^ | MEBN | Aug 21 2024 20:36:12 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 519302523 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 21 2024 20:41:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519273248 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 21 2024 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519280389 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 20:55:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519273251 | ^ | MEBN | Aug 21 2024 20:37:53 | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519281620 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2024 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519273250 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2024 20:42:00 | Midland Credit Managment, PO Box 301030, Los Angeles, CA 90030-1030 |
| 519273254 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2024 20:41:00 | NJ E-Pass, PO BOX 4971, Trenton, NJ 08650 |
| 519486811 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2024 20:41:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519273252 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 21 2024 20:42:00 | Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519273253 | + | EDI: NAVIENTFKASMSERV.COM | Aug 22 2024 00:37:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519278978 | | EDI: MAXMSAIDV | Aug 22 2024 00:37:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519311946 | | EDI: PRA.COM | Aug 22 2024 00:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519273255 | | EDI: PRA.COM | Aug 22 2024 00:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519312338 | | EDI: PRA.COM | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519673376 | | EDI: PRA.COM | Aug 22 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519312341 | | EDI: PRA.COM | Aug 22 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| | | | Aug 22 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519273256 | | Email/Text: signed.order@pfwattorneys.com | Aug 21 2024 20:41:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519273257 | ^ | MEBN | Aug 21 2024 20:38:04 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519273258 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 21 2024 20:41:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 519273260 | + | EDI: SYNC | Aug 22 2024 00:37:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 519275903 | ^ | MEBN | Aug 21 2024 20:39:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519273261 | + | EDI: SYNC | Aug 22 2024 00:37:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519273262 | + | EDI: WTRRNBANK.COM | Aug 22 2024 00:37:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519273263 | ^ | MEBN | Aug 21 2024 20:38:22 | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519273264 | | Email/Text: bankruptcydept@uhm.com | Aug 21 2024 20:41:00 | Union Home Mortgage Co, 8241 Dow Circle West, Strongsville, OH 44136 |
| 519273265 | ^ | MEBN | Aug 21 2024 20:36:16 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 519318051 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 21 2024 20:44:03 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519273267 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 21 2024 20:44:03 | US Department of Housing & Urban Dev., 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519273259 | ##+ | Stuart W. Honick Dpm Pt LLC, 392 N White Horse Pike #2, Hammonton, NJ 08037-2054 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1  User: admin  Page 4 of 4
Date Rcvd: Aug 21, 2024  Form ID: 3180W  Total Noticed: 56

Date: Aug 23, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Robyn L. Burroughs jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Union Home Mortgage Corp. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6